# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| Sheila Smoke ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> State of Alaska, by and through it's ) <br> Department of Public Safety and Alaska ) <br> State Troopers, and individually Alaska ) <br> State Troopers Thomas Grubbs, ) <br> and John Does. ) <br> ) <br> Defendants. ) <br> _____ ) | FILED in the Trial Courts <br> State of Alaska Fourth District <br><br> AUG 2 1 2023 <br><br> By_____Deputy <br><br><br> Case No. 4FA-23-_____ CI |

## COMPLAINT

Plaintiff Sheila Smoke, by and through her undersigned attorney, hereby sets out her cause of action as follows:

## PRELIMINARY STATEMENT

1. This suit is an action for compensatory and punitive damages arising from the unlawful use of excessive force and a violation of one's civil rights.

2. Plaintiff Sheila Smoke, a resident of Fairbanks, Alaska, in the Fourth Judicial District, State of Alaska, during all pertinent times.

3. Individual defendants, Alaska State Trooper Thomas Grubbs and John Does, were all domiciled in Fairbanks, Alaska, in the Fourth Judicial District, State of Alaska at all relevant times when excessive force was used and violation of one's civil rights occurred.

4. At all times relevant, the individual defendants operated within the course and scope of their employment and under color of the authority, regulations, customs and

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 885-2105

Page 1 of 5

Smoke v. State of Alaska, et al
Complaint
4FA-23-_____CI

Exhibit A - Page 1 of 5

Case 4:24-cv-00023-HRH    Document 5-1    Filed 11/08/24    Page 1 of 5

usages of the State of Alaska, and pursuant to the official procedures and policies of defendants as created by defendants acting under color of their authority as such. In the alternative, they were operating outside the course and scope of their employment.

5. This being a complaint based both on state law negligence claims and on claims asserting a violation of the civil rights of the decedent, jurisdiction of the Court is invoked pursuant to AS 22.10.020 and 42 U.S.C. §1983.

6. Defendant Alaska State Trooper Thomas Grubbs and John Does reckless and intentional actions in using excessive force resulted in injuries, and a violation of Plaintiff's constitutional rights under the 4th and 14th amendments of the Constitution of the United States.

7. On August 21, 2021, Plaintiff Smoke was at her residence, 210 Sandvik #304, Fairbanks, Alaska when troopers arrived in the early morning hours to serve a search warrant for presently unknown reasons.

8. Defendants Alaska State Trooper Thomas Grubbs and John Does discharged their service tasers utilizing less-lethal force upon Shelia Smoke. The use of less-lethal force was unnecessary and unwarranted in the performance of their law enforcement duties, and constituted an unreasonable, unwarranted, and excessive use of less-lethal force in violation of the 4th and 14th amendments of the U.S. Constitution.

9. Plaintiff Smoke was in the shower of her residence when Defendants busted through her door. She heard someone enter her home, shout, and then defendants deployed their tasers. Troopers tasered Ms. Smoke numerous times and violently placed her under arrest, for reasons presently unknown.

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 885-2105

Page 2 of 5

Smoke v. State of Alaska, et al
Complaint
4FA-23-_____CI

Exhibit A - Page 2 of 5
Case 4:24-cv-00023-HRH    Document 5-1    Filed 11/08/24    Page 2 of 5

10. As a direct and proximate result of the improper execution of Search Warrant 3AN-21-03242 SW, Plaintiff Smoke received injuries, which her claims and damages are set forth below.

### COUNT I

11. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

12. The law enforcement action in response to Plaintiff Smoke's actions were, in the alternative, either unreasonable, negligent, reckless, or intentional.

13. The utilization of less-lethal force by the defendants was entirely unjustified by any actions of the defendant and constituted an unreasonable and excessive use of force under state law and violated Plaintiff Smoke's rights under the 4th and 14th amendments all of which gives rise to a claim for damages under 42 U.S.C. § 1983.

14. The direct and proximate result of defendants' actions were injuries sustained by Plaintiff Smoke.

15. Plaintiff Smoke has suffered damages in excess of the jurisdictional limits of this court, the amount to be decided at trial by a jury.

### COUNT II

16. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

17. In doing this, Defendants' acted under color of State law, regulations, customs, or usages to deprive the Plaintiff of her rights under the 4th and 14th amendments of the U.S. Constitution.

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 885-2105

Page 3 of 5

Smoke v. State of Alaska, et al
Complaint
4FA-23-_____CI

Exhibit A - Page 3 of 5
Case 4:24-cv-00023-HRH   Document 5-1   Filed 11/08/24   Page 3 of 5

18. Defendant State of Alaska has grossly failed to train their personnel in the fundamental law of arrest and use of force in affecting arrest in that it allowed their personnel to unlawfully enter and deploy less-lethal force on an individual whom they were evidentially serving a search warrant on for a presently unknown crime which she has not been prosecuted for.

19. Defendant State of Alaska, failed to properly and adequately train, re-train, supervise, investigate, and discipline individuals under their command or supervision, including the named defendant Alaska State Trooper Thomas Grubbs and John Does, so that the law, regulations, and policies relating to search and seizure and apprehension of a suspect were not violated and the State either negligently or knowingly allowed them to practice outside of scope of their employment. As a direct and proximate result of the defendants' wrongful conduct, Plaintiff Smoke received injuries as a result of the law enforcement officers utilizing excessive force.

20. Plaintiff Smoke has suffered damages in excess of the jurisdictional limits of this court, in an amount to be decided at trial by a jury.

21. Plaintiff Smoke is also seeking damages for the negligent infliction of emotional distress suffered as a result of defendants' actions.

## PRAYER FOR RELIEF

1. Plaintiff Smoke has sustained economic loss by way of lost wages, loss of income, and medical expenses, and has sustained non-economic damages of pain and suffering past and present, and loss of enjoyment of life past and present.

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 885-2105

Page 4 of 5

Smoke v. State of Alaska, et al
Complaint
4FA-23-_____CI

Exhibit A - Page 4 of 5
Case 4:24-cv-00023-HRH   Document 5-1   Filed 11/08/24   Page 4 of 5

2. Wherefore plaintiff demands judgment awarding damages for pain and suffering, loss of enjoyment of life past and future, punitive damages, property damage, attorney fees, costs, interest, and such other relief as the court may deem just and equitable.

Dated at Fairbanks, Alaska on this 21st day of August 2023.

STEPOVICH LAW OFFICE

MIKE A. STEPOVICH
ABA No. 8406051

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 885-2105

Page 5 of 5

Smoke v. State of Alaska, et al
Complaint
4FA-23-_____CI

Exhibit A - Page 5 of 5
Case 4:24-cv-00023-HRH   Document 5-1   Filed 11/08/24   Page 5 of 5